IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number: |
| v. | 4:09CR232TLW(1) |
| Victor Ulises Lara-Torres,<br>           DEFENDANT | Notice of Appeal |

   Defendant hereby gives notice of the appeal of his conviction and sentence.

AIKEN, South Carolina
August 20, 2013

_____
Michael Chesser
Attorney for the Defendant
PO Box 1018
AIKEN, SC 29802-1018
chesserlaw@gmail.com
(803) 646-1166